IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01221-KLM

FLETCHER HAMILTON,

    Plaintiff,

v.

THE COLLECTION BUREAU, INC., a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion For Leave For Plaintiff's Counsel to Appear at the Scheduling Conference by Telephone** [Docket No. 12; Filed August 28, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on September 4, 2013 at 11:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated:  August 28, 2013